**WORKING SOLUTIONS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
FILED: 2/22/2024

February 21, 2024

**VIA ECF**

Honorable Colleen McMahon
United States District Court
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 24A
New York, NY 10007-1312

MEMO ENDORSED

OK, Conference is adjourned.

*Colleen McMahon*
2/21/2024

**Re:** *Weinberg v. Arch Asset Management LLC; Case 1:23-cv-10801-CM*

Dear Judge McMahon:

We represent the Plaintiff in the above-referenced matter. We write, with Defendant's consent, to respectfully request Defendant's time to answer and the scheduled initial conference be adjourned by one (1) month while the parties attempt an early settlement of Plaintiff's claims. This is the parties first request for an extension of time to answer and an adjournment of the appearance date.

Should you have any questions please do not hesitate to contact the undersigned.

Respectfully submitted,

/s/
Rachel M. Haskell, Esq.